IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert W. Jones, et al.,<br><br>             Plaintiffs,<br><br>vs.<br><br>Wilmington Savings Fund Society, FSB, et al.,<br><br>             Defendants. | No.  CV-15-02219-PHX-SPL<br><br>**ORDER** |

Before the Court is the parties' Stipulation to Dismiss (Doc. 29). Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation to Dismiss (Doc. 29) is **granted**;
2. That this action is **dismissed with prejudice** in its entirety;
3. That each party shall bear its own costs and attorneys' fees; and
4. That the Clerk of Court shall terminate this action.

Dated this 8th day of April, 2016.

Honorable Steven P. Logan
United States District Judge